**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PEDRO MARTINEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>PLUSHCARE, INC.<br><br>            Defendant. | Case No. 1:21-cv-1185-DG-PK<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Pedro Martinez and defendant PlushCare, Inc. (collectively, the "Parties" and individually a "Party"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be judicially enforceable, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: <u>May 5, 2021</u>

| | |
|---|---|
| SHAKED LAW GROUP, P.C. | FENWICK & WEST, LLP |
| By: __/s/Dan Shaked_____ | By: __/s/Matthew F. Damm__ |
| Dan Shaked | Matthew F. Damm, Esq. |
| 14 Harwood Court, Suite 415 | 902 Broadway, Suite 14 |
| Scarsdale, NY 10583 | New York, New York 10010 |
| Phone: (917) 373-9128 | Telephone: (212) 430-2732 |
| Facsimile: (718) 504-7555 | Facsimile: (650) 938-5200 |
| Email: shakedlawgroup@gmail.com | Email: mdamm@fenwick.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED:** _____